## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LISA BEELER, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil No. 09-cv-649-P-S |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendants ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 18) filed November 17, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **VACATED** and the case is remanded for further proceedings consistent with the Magistrate Judge's opinion.

                                                                                     /s/ George Z. Singal  
                                                                                      United States District Judge

Dated this 7th day of December, 2010.